UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL ADKISSON,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>JAMES DZURENDA, *et al.*,<br>　　　　　　　　　　Defendants. | Case No. 3:23-cv-00287-MMD-CLB<br><br>ORDER |

Following screening, the Court permitted pro se Plaintiff Michael Adkisson to proceed on a First Amendment denial of access to courts claim against Defendants James Dzurenda and Nethanjah Breitenbach. (ECF No. 17.) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Carla L. Baldwin, recommending that the Court grant Defendants' motion for summary judgment (ECF No. 32 ("Motion")). (ECF No. 37.) Plaintiff had until September 23, 2025 to file an objection. To date, no objection has been filed.[1] For this reason, and as explained below, the Court adopts the R&R and will grant Defendants' Motion.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). Judge Baldwin found that Defendants correctly point to an absence of evidence or allegations that either Defendant personally participated in or knew of the alleged withholding of Plaintiff's mail. (ECF No. 37 at 8-9.) Plaintiff does not dispute the absence of this evidence but instead argues that Defendants were a position to know about the withholding of his mail. (ECF No. 35 at 2-

---

[1] Plaintiff did file a response to Defendants' Motion. (ECF No. 35.)

3.) The Court agrees with Judge Baldwin that Defendants are entitled to summary judgment because there is no genuine issue of fact that they did not personally participate in the conduct giving rise to Plaintiff's claim.[2]

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 37) is adopted.

It is further ordered that Defendants' motion for summary judgment (ECF No. 32) is granted.

The Clerk of Court is directed to enter judgment in accordance with this order and close this case.

DATED THIS 2nd Day of October 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[2]Because the Court agrees with Judge Baldwin's recommendation as to Defendants' lack of personal participation, the Court declines to address Judge Baldwin's alternative recommendation as to the merits of the claim. (ECF No. 37 at 9-12.)